FILED

07/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0245

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 23-0245

CARL M. ANKENY,

      Petitioner,

  v.

PETER BLUDWORTH, Warden,
Crossroads Correctional Center,

      Respondent.

## ORDER

Upon consideration of the State's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including September 6, 2023, within which to prepare, file, and serve the State's response to the petition.

**CH**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 31 2023